USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RAMON NEITA,

                            **Plaintiff,**                    21-CV-10634 (JMF)

          -against-                                  **ORDER**

MTA METRO-NORTH RAILROAD,

                           **Defendant.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties are ordered to file a joint letter no later than **Tuesday, August 2, 2022,** providing the Court an update on the status of any settlement discussions thus far and whether the parties would like to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:       New York, New York
                  July 26, 2022

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge