# STEVEN L. BARKAN P.C.

Attorneys at Law
445 Broad Hollow Road. Suite 25
Melville, New York 11747
(516)358-3688
Fax (631) 881-0818

August 5, 2022

Hon. Jesse M. Furman
United States District Judge
United States Court House
500 Pearl Street
New York, NY 10007

                Re:    Ramon Neita v MTA Metro-North Railroad
                      Docket No:   21-cv-10634

Dear Judge Furman:

      We write on behalf of both parties to request that the court extend the time to submit a pre-trial order from September 26, 2022 until 30 days after the conclusion of the mediation scheduled by Judge Figueredo for October 26, 2022. We make this request in as much as we believe there is a strong likelihood that this matter would be resolved during the course of the mediation. At the present time the parties are speaking and have reached an impasse between the amount demanded and the amount offered which usually favors mediation to resolve the issue. Accordingly, we believe that there is a strong likelihood that a pre-trial order will not be needed and the parties would like to avoid the time and expense of providing it until after the mediation.

We thank the Court for considering this request.

Respectfully submitted,

STEVEN L. BARKAN P.C.

_____
Steven L. Barkan

Application GRANTED.  The deadline for the parties to submit their pretrial filings is hereby extended to **November 28, 2022.**  SO ORDERED.

August 8, 2022