**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RAMON NEITA,

                                 Plaintiff,                             **21-CV-10634 (JMF)**

                 -against-                              **ORDER SCHEDULING**
                                                    **SETTLEMENT CONFERENCE**

MTA METRO-NORTH RAILROAD,

                                Defendant.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

        Due to a scheduling conflict the settlement conference scheduled for October 26,

2022, has been rescheduled to **Wednesday, October 19, 2022 at 2:00 p.m.**, in Courtroom

17-A, United States Courthouse, 500 Pearl Street, New York, New York.  **Counsel and**

**parties are required to follow the Court's COVID-safety protocols and should review**

**the Court's website in advance of the conferences for the most up to date**

**information**. Corporate parties must send the person with decision making authority to

settle the matter to the conference.  The parties are instructed to complete the Settlement

Conference Summary Report and prepare pre-conference submissions in accordance with

the Judge Figueredo's Individual Rules of Practice.  Pre-conference submissions must be

received by the Court no later than **October 12, 2022.**

        **SO ORDERED.**

DATED:      New York, New York
               August 8, 2022

                                           _____
                                           VALERIE FIGUEREDO
                                           United States Magistrate Judge