UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAMON NEITA,

                            Plaintiff,                    **21-CV-10634 (JMF)**

          -against-                       **ORDER SCHEDULING**
                                                           **SETTLEMENT CONFERENCE**

MTA METRO-NORTH RAILROAD,

                            Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference scheduled for October 19, 2022, has been rescheduled to **Wednesday, November 9, 2022 at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Figueredo's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **November 2, 2022.**

      **SO ORDERED.**

DATED:    New York, New York
               August 12, 2022

                                                          _____
                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge